# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

BALTAZAR ALONZO-PEREZ

No. 1:25-mj-00163-JCN

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Re-Entry of Removed Alien)

On about May 2, 2025, in the District of Maine, the defendant,

**BALTAZAR ALONZO-PEREZ**

an alien, was found in the United States of America after having been removed therefrom on about March 30, 2020, at El Paso, Texas, and not having obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America.

All in violation of Title 8, United States Code, Section 1326(a).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

Andrew McGuire, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: May 05 2025

City and state: Bangor, ME

John C Nivison U.S. Magistrate Judge
*Printed name and title*