UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

BALTAZAR ALONZO-PEREZ

No. 1:25-mj-00163-JCN

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Andrew McGuire, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Border Patrol Agent with the United States Border Patrol. I am stationed at the Houlton Sector Targeting Intelligence Unit in Hodgdon, Maine. I graduated from Greater Houlton Christian Academy in Houlton, Maine. Prior to my current station, I was a Border Patrol Agent in Texas and Vermont. I have been an employee of the United States Border Patrol since July 2009. I successfully graduated from the Border Patrol Academy in Artesia, New Mexico in 2009 and the Criminal Investigator Training Program in Brunswick, Georgia in 2023.

2. I make this affidavit in support of a Criminal Complaint charging BALTAZAR ALONZO-PEREZ with one count of Illegal Re-Entry of Alien After Removal, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my own investigation, my review of materials and reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a Border Patrol agent.

**STATEMENT OF PROBABLE CAUSE**

3. On May 2, 2025, I was conducting surveillance of a particular residence in

2

Bangor, Maine. I had information indicating that several aliens that were in the country illegally were living at the location, including BALTAZAR ALONZO-PEREZ. I observed a vehicle that was registered to BALTAZAR ALONZO-PEREZ parked in the vicinity of the residence.

4. Record checks confirmed that BALTAZAR ALONZO-PEREZ had been removed from the country on March 30, 2020 at El Paso, Texas.

5. On May 2, 2025, I was working with Border Patrol Agent Peter Bates who observed three men enter the aforementioned vehicle. As the vehicle passed Agent Bates he called out over the radio that he observed a person he recognized from a booking photo as BALTAZAR ALONZO-PEREZ. Agent Bates activated his emergency lights and pulled the vehicle over. I arrived on scene shortly thereafter.

6. I spoke with the driver of the vehicle, who confirmed he was BALTAZAR ALONZO-PEREZ and that he was in the country illegally and that he was a citizen of Guatemala with no authority to be in the United States. BALTAZAR ALONZO-PEREZ was able to converse with me in the English language.

7. BALTAZAR ALONZO-PEREZ and his two passengers were placed in detention and transported to the Houlton Border Patrol Station for further processing. During processing I learned that no record was found in any immigration database showing that BALTAZAR ALONZO-PEREZ has any legal status in the United States or any claim to citizenship in the United States, and he did not obtain the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States.

8. I reviewed records maintained by the Department of Homeland Security that revealed BALTAZAR ALONZO-PEREZ was processed as an Expedited Removal and was removed to Guatemala on March 30, 2020 through El Paso, Texas.

9. BALTAZAR ALONZO-PEREZ was notified of his right to communicate with a consular officer from Guatemala, and he declined.

Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe BALTAZAR ALONZO-PEREZ has violated Title 8, United States Code, Section 1326(a).

I, Andrew McGuire, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine this 5th day of May 2025.

_____
Andrew McGuire, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: May 05 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title

4